**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1434**

---

JERMAINE M. CAPEL,

        Plaintiff - Appellant,

    v.

OFFICER D. LAFFERTY,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:23-cv-00687-AWA-LRL)

---

Submitted:  September 25, 2025           Decided:  September 29, 2025

---

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jermaine M. Capel, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine M. Capel appeals the district court's order dismissing his amended 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Capel v. Lafferty*, No. 2:23-cv-00687-AWA-LRL (E.D. Va. Apr. 11, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
